UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:11-cr-0136-SEB-TAB |
| | ) | |
| JOHN THOMAS MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that John Thomas Montgomery's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. For 9 months, the Defendant will be subject to GPS electronic monitoring, in accordance with the rules and regulations as set by the U. S. Parole and Probation Office for the Southern District of Indiana.  During the 9 months days under electronic monitoring, Mr. Montgomery will be at his residence unless he is engaged in his employment, attending school courses, attending church services, seeking or receiving medical treatment, or as specifically engaged in any other activity approved by his supervising U. S. Parole and Probation Officer.

2. Mr. Montgomery's earnings will be garnished in the amount of $150 per month, which will be used to pay down the balance on the fine previously imposed by the District Court.

3. Upon conclusion of his electronic monitoring, defendant's supervised release shall continue otherwise as previously imposed by the District Court.

Date: 10/22/2012



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nicholas Surmacz
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William J. Dazey, Jr.
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service