UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11-cr-00136-SEB-TAB-1 |
| ) | |
| JOHN THOMAS MONTGOMERY ) | |
| ) | |
| Defendant. ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that John Thomas Montgomery's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and John Thomas Montgomery is sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day, with no supervised release to follow. The court further orders that Mr. Montgomery is permitted to self-report to the Bureau of Prisons upon assignment and is subject to location monitoring until that time.

IT IS SO ORDERED.

Date: 10/18/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record
via ECF.